UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SHERRY ANN ALLISON, ) ) Plaintiff, ) ) vs. ) ) MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL SECURITY, ) ) Defendant. ) | Case No. 2:09CV0035 JCH |

## **JUDGMENT**

In accordance with the Report and Recommendation entered May 5, 2010, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 27th day of May, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE